THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER LAPADURA, Appellant.— Judgment of the County Court, Queens County, convicting the defendant of the crimes of robbery in the first degree, grand larceny in the first degree, assault in the first degree and assault in the second degree, unanimously

affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.